| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*
☐ Chapter 7
☑ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  Ara Macao Holdings, L.P.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**
☐ Unknown
EIN  20-210427

**5. Debtor's address**

**Principal place of business**

Attn: Paul Goguen, Member of ioVest Development LLC, managing member of Ara Macao Management LLC, general partner of Ara Macao Holdings, L.P.
191 Lynx Drive
Number         Street

Sedona                    AZ        86336
City                      State     Zip Code

Coconino
County

**Mailing address, if different**

c/o Ara Macao Management Company LLC, General Partner
c/o Alexander M. Leonowicz, Registered Agent
450 W. Fourth Street
Number         Street

P.O. Box
Royal Oak                 MI        48067
City                      State     Zip Code

**Location of principal assets, if different from principal place of business**
Placencia Peninsula, Belize, Central America
Number         Street

City                      State     Zip Code

**6. Debtor's website** (URL) _____

**7. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)

Debtor  Ara Macao Holdings, L.P.                                              Case number *(if known)*

☐ Other type of debtor. Specify:

**8. Type of debtor's business**   *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.  Debtor _____   Relationship _____
           District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

           Debtor _____   Relationship _____
           District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

## Part 3: Report About the Case

**10. Venue**   *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No
☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **KB Partners I, L.P.** | **Judgment** | **$ 134,276.15** |
| **Christopher de Sibert** | **Judgment** | **$ 197,656.11** |
| **Gary Nitsche** | **Judgment (confirmed arbitration award)** | **$ 531,926.08** |
| **Daniel Dorgan** | **Promissory Note** | **$ 230,382.00** |
| **Richard Umbach** | **Promissory Note** | **$ 75,000.00** |
| **Edgewater Resources LLC** | **Unpaid Services** | **$ 321,605.49** |
| | Total of petitioners' claims | **$ 1,490,845.83** |

Debtor    Ara Macao Holdings, L.P.                           Case number (if known)

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **KB Partners I, L.P.** | **Patrick A. Clisham** |
| Name and mailing address of petitioner | Printed name |
| Name | **Engelman Berger, P.C.** |
| **930 W. Carmel Valley Road** | Firm name, if any |
| Number  Street | **3636 N. Central Ave., Suite 700** |
| **Carmel Valley**   **CA**   **93924** | Number  Street |
| City   State   Zip Code | **Phoenix**   **AZ**   **85012** |
| | City   State   Zip Code |
| Name and mailing address of petitioner's representative, if any | Contact phone **602.271.9090**   Email **pac@eblawyers.com** |
| **Geoffrey de Sibert** | Bar number **SBA #023154** |
| Name | State **Arizona** |
| **930 W. Carmel Valley Road** | |
| Number  Street | |
| **Carmel Valley**   **CA**   **93924** | |
| City   State   Zip Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | /s/ Patrick A. Clisham, SBA#023154 |
| Executed on **04/02/18** | Signature of attorney |
| MM / DD / YYYY | Date signed **04/02/18** |
| | MM / DD / YYYY |
| **/s** Geoffrey de Sibert | |
| Signature of petitioner or representative, including representative's title | |

| Debtor | Ara Macao Holdings, L.P. | Case number *(if known)* | |
|---|---|---|---|

**Petitioners or Petitioners' Representative**

**Christopher de Sibert**

**Name and mailing address of petitioner**

Name

**16 Grantbridge Street**
Number          Street
**London,                  United Kingdom          N1 8JN**
City                                  State              Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number          Street

City                                  State              Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **04/02/18**
                    MM / DD / YYYY

**/s**     Christopher de Sibert
Signature of petitioner or representative, including representative's title

**Attorneys**

**Patrick A. Clisham**
Printed name

**Engelman Berger, P.C.**
Firm name, if any
**3636 N. Central Ave., Suite 700**
Number     Street
**Phoenix                              AZ              85012**
City                                  State              Zip Code

Contact phone  **602.271.9090**      Email  **pac@eblawyers.com**

Bar number     **SBA #023154**

State          **Arizona**

/s/  Patrick A. Clisham, SBA#023154
Signature of attorney

Date signed  **04/02/18**
                    MM / DD / YYYY

| Debtor | Ara Macao Holdings, L.P. | Case number *(if known)* | |
|---|---|---|---|

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Gary Nitsche** <br> **Name and mailing address of petitioner** <br> Name <br> **115 Centrenest Lane** <br> Number  Street <br> **Wilmington,** **DE** **19807** <br> City  State  Zip Code <br><br> **Name and mailing address of petitioner's representative, if any** <br> Name <br><br> Number  Street <br> City  State  Zip Code <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br> Executed on **04/02/18** <br> MM / DD / YYYY <br><br> **/s** Gary Nitsche <br> Signature of petitioner or representative, including representative's title | **Patrick A. Clisham** <br> Printed name <br> **Engelman Berger, P.C.** <br> Firm name, if any <br> **3636 N. Central Ave., Suite 700** <br> Number  Street <br> **Phoenix** **AZ** **85012** <br> City  State  Zip Code <br> Contact phone **602.271.9090**  Email **pac@eblawyers.com** <br> Bar number **SBA #023154** <br> State **Arizona** <br><br> /s/ Patrick A. Clisham, SBA#023154 <br> Signature of attorney <br> Date signed **04/02/18** <br> MM / DD / YYYY |

| Debtor | Ara Macao Holdings, L.P. | Case number *(if known)* | |
|---|---|---|---|

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Daniel Dorgan**

**Name and mailing address of petitioner**

Name

**839 Thomas Street**
Number    Street
**Plainwell**          **MI**     **49080**
City              State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City              State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **04/02/18**
               MM / DD / YYYY

**/s**   Daniel Dorgan
Signature of petitioner or representative, including representative's title

**Patrick A. Clisham**
Printed name

**Engelman Berger, P.C.**
Firm name, if any
**3636 N. Central Ave., Suite 700**
Number    Street
**Phoenix**                **AZ**     **85012**
City                  State    Zip Code
Contact phone  **602.271.9090**   Email  **pac@eblawyers.com**

Bar number    **SBA #023154**

State         **Arizona**


/s/  Patrick A. Clisham, SBA#023154
Signature of attorney
Date signed   **04/02/18**
              MM / DD / YYYY

| Debtor | Ara Macao Holdings, L.P. | Case number *(if known)* | |

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Richard Umbach**

**Name and mailing address of petitioner**

Name

**104 Baker Ct.**
Number    Street
**Naperville**                              **IL**            **60565**
City                                        State           Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                                        State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **04/02/18**
              MM / DD / YYYY

**/s**    Richard Umbach
Signature of petitioner or representative, including representative's title

**Patrick A. Clisham**
Printed name

**Engelman Berger, P.C.**
Firm name, if any
**3636 N. Central Ave., Suite 700**
Number    Street
**Phoenix**                                 **AZ**           **85012**
City                                        State           Zip Code

Contact phone    **602.271.9090**    Email    **pac@eblawyers.com**

Bar number    **SBA #023154**

State    **Arizona**

/s/  Patrick A. Clisham, SBA#023154
Signature of attorney
Date signed    **04/02/18**
              MM / DD / YYYY

| Debtor | Ara Macao Holdings, L.P. | Case number *(if known)* | |
|---|---|---|---|

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Edgewater Resources, LLC**
**Name and mailing address of petitioner**

Name

**518 Broad Street, Suite 200**
Number        Street

**Saint Joseph**                    **MI**            **49085**
City                                         State            Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                                         State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **04/02/18**
                       MM / DD / YYYY

**/s**   Jason Keller
Signature of petitioner or representative, including representative's title

**Patrick A. Clisham**
Printed name

**Engelman Berger, P.C.**
Firm name, if any
**3636 N. Central Ave., Suite 700**
Number   Street
**Phoenix**                                **AZ**          **85012**
City                                              State          Zip Code

Contact phone   **602.271.9090**      Email  **pac@eblawyers.com**

Bar number   **SBA #023154**

State            **Arizona**

/s/  Patrick A. Clisham, SBA#023154
Signature of attorney
Date signed   **04/02/18**
                      MM / DD / YYYY