Richard Adler Jr. Family Partnership
Name
1728 Pine St.
Winnetka, IL. 60093
Address

**FILED**

**JUL 09 2018**

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| ARA MACAO HOLDINGS, L.P., | Case No.: 3:18-bk-03615-PS |
| Debtor. | **JOINDER IN MOTION TO APPOINT A COMMITTEE OF LIMITED PARTNERS** |
| | Hearing Date: July 18, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 601 |

I, Richard Adler (trustee) hereby join in the *Motion to Appoint a Committee of Limited Partners* ("Motion") filed by Ara Macao Holdings, L.P. at Docket No. 98, and based on the argument set forth in the Motion hereby request the Court enter an order authorizing the appointment of a committee of limited partners, directing the appointment of such a committee and granting such other and further relief as is just and proper under the circumstances.

DATED this ___ day of July 2018.

By: _____
Name: Richard Adler
(Trustee)

1